UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELYN DOUGLAS, Individually, and on Behalf of a Class of Similarly Situated Individuals,<br><br>　　　　　　　　　Plaintiff,<br>　– against –<br><br>TDS ENTERPRISES, INC. d/b/a MY BUSINESS VENTURE, a New York corporation, THOMAS STIDIRON, an individual, and JOHN HELLEIS, an individual,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 2:20-cv-03622-JS-AKT<br><br>Civil Action<br><br><br>**STIPULATION OF<br>DISCONTINUANCE<br>WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties, in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same hereby is, discontinued with prejudice as against TDS Enterprises, Inc. d/b/a My Business Venture, Thomas Stidiron and John Helleis, and without costs any of the parties hereto as against any other party. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated:  December 3, 2020 | Dated:  December 3, 2020 |
| **A.Y. STRAUSS LLC**<br>*Attorneys for Plaintiff* | **RUSKIN MOSCOU FALTISCHEK, P.C.**<br>*Attorney for Defendants* |
| By: *s/ Evan M. Goldman*<br>　　Evan M. Goldman<br>　　Kelly M. Purcaro<br>　　101 Eisenhower Parkway, Suite 412<br>　　Roseland, New Jersey 07068<br>　　Tel.:  (973) 287-5008<br>　　Fax:  (973) 226-4104<br>　　E-Mail:  egoldman@aystrauss.com | By: *s/ Norman R. Cerullo*<br>　　Norman R. Cerullo<br>　　1425 RXR Plaza<br>　　East Tower, 15th Floor<br>　　Uniondale, New York 11556<br>　　Tel.:  (516) 663-6635<br>　　Fax:  (516) 663-6835<br>　　E-Mail:  ncerullo@rmfpc.com |

```
The Clerk of the Court is
directed to mark this case CLOSED.


Dated: December 4, 2020
       Central Islip, New York
```

SO ORDERED:

/s/ JOANNA SEYBERT
_____
Honorable Joanna Seybert
United States District Judge